§AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/24/11 |
| NAME OF SERVER (PRINT) Matthew Weisberg | TITLE Other |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cert mail RR# 7010 0290 0002 2960 1573

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/25/11
Date

Signature of Server

Weisberg Law, P.C.
7 S. Morton Ave.
Morton, PA 19070
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lori Palka
8812 Trumbauer Dr
Glenside, PA 19038

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Lori A Palka   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Lori A Palka                     6-25-11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[USPS GLENSIDE PA 19038 JUN 25 2011 stamp]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label):   7010 0290 0002 2960 1573

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(1) As to who