

463 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169




National Association of Professional Process Servers

Philadelphia Association of Professional Process Servers

| | | |
|---|---|---|
| Jeri Rizzo | : COURT | United States District Court of New Jersey |
| -VS- | : COUNTY | |
| DeMarco REI, Inc., et al | : CASE NUMBER | 09-cv-01453-RMB-JS |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF PHILADELPHIA:

B&R Control #    PS015105 - 2
Reference Number

### SERVICE INFORMATION

On 21 day of December, 2011 we received the
**Summons/Fourth Amended Complaint**
for service upon **Marty Bronfman**
at **15 Sturms Place Park Ridge, NJ 07656**

*** Special Instructions ***

[X] Served   Date 1/2/12   Time 12:30PM   Accepted By: Gary Malamud
In the manner described below.

- [ ] Personally served.
- [X] Adult family member. Relationship is Step Father
- [ ] Adult in charge of residence who refused to give name and/or relationship.
- [ ] Manager/Clerk of place of residence lodging
- [ ] Agent or person in charge of office or usual place of business
- [ ] Other

Description of Person   Age 55   Height 6'2   Weight 190   Race White   Sex M
Other gray hair

[ ] Not Served   Date   Time

Not Served Information
[ ] Moved   [ ] Unknown   [ ] No Answer   [ ] Vacant   [ ] Other

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff _Mario Martini_

Sworn to and subscribed before me this
4 day of January 2012
_Maria Weingartner_
Notary Public

MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2013

Law Firm   Phone (610)690-0801   For
Matthew B. Weisberg, Esquire
Weisberg Law, P.C.
7 South Morton Avenue
Morton, PA 19070

Serve By Date 1/14/2012
Filed Date 9/16/2011

ORIGINAL     355VCP

(Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Jeri Rizzo )
_____ )
*Plaintiff* )
 )
v. )   Civil Action No.
 )
DeMarco REI, Inc., et al )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Morty Bronfman, 15 Sturms Pl., Park Ridge, NJ 07656

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/2/12 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mario Martini | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Gary Malamud, Step Father

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/4/12
         Date

Signature of Server

Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.