
B&R Services for Professionals Inc.
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169


National Association of Professional Process Servers


Philadelphia Association of Professional Process Servers

| | | |
|---|---|---|
| Jeri Rizzo | : | **COURT** United States District Court of New Jersey |
| -VS- | : | **COUNTY** |
| DeMarco REI, Inc., et al | : | **CASE NUMBER** 09-cv-01453-RMB-JS |

## AFFIDAVIT OF SERVICE

**COMMONWEALTH OF PENNSYLVANIA:**
**COUNTY OF PHILADELPHIA:**

**B&R Control #** PS015105 - 1
**Reference Number**

### SERVICE INFORMATION

On 21 day of December, 2011 we received the
**Summons/Fourth Amended Complaint**
for service upon **Donna L. Feltman**
at **321 Cypress Ave. Woodlynne, NJ 08107**

*** Special Instructions ***

☒ **Served**  Date 1/10/12  Time 1945  Accepted By: Donna Feltman

In the manner described below.

☒ Personally served.
☐ Adult family member. Relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship. _____
☐ Manager/Clerk of place of residence lodging _____
☐ Agent or person in charge of office or usual place of business _____
☐ Other _____

**Description of Person**  Age 55  Height 5-7"  Weight 180  Race white  Sex F
Other black hair

☐ **Not Served**  Date _____  Time _____

**Not Served Information**
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff  *Wilbert Smith*

JENIFER LYNN HILTWINE
Notary Public
State of New Jersey
My Commission Expires Oct 18, 2016

Sworn to and subscribed before me this 11 day of January 2012

Notary Public

**Law Firm**  Phone (610)690-0801  For
Matthew B. Weisberg, Esquire
Weisberg Law, P.C.
7 South Morton Avenue
Morton, PA 19070

Serve By Date 1/14/2012
Filed Date 9/16/2011

ORIGINAL

355VCP

Case 1:09-cv-04483-RMB-JS Document 136-1 Filed 01/25/12 Page 2 of 3 PageID: 1176
Case 1:09-cv-04483-RMB-JS Document 34-6 Filed 10/27/09 Page 1 of 2 PageID: 230

(Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Jeri Rizzo )
_____ )
Plaintiff )
v. ) Civil Action No.
DeMarco REI, Inc., et al )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dona feltmen, 324 Cypress Ave. Woodlyne, NJ 08107 2113

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 3/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 1/10/12 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Wilbert Smith | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 321 Cypress Ave, Woodlynne, NJ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/12
              Date

Signature of Server: Wilbert Smith

Address of Server: 417 Champion Ave, W. Collingswood, NJ 08107

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.