```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| JERI RIZZO,<br><br>        Plaintiff,<br><br>    v.<br><br>DEMARCO REI, INC., et al.,<br><br>        Defendants. | Civil No. 09-1453 (RMB/JS) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the status conference on February 22, 2012; and the Court noting the following appearances: Matthew Weisberg, Esquire, appearing on behalf of the plaintiff; Melissa Wojtylak, Esquire, and Damien O. DelDuca, Esquire, appearing on behalf of the defendants.

IT IS this **22nd** day of **February, 2012**, hereby **ORDERED**:

1. Pretrial factual discovery is hereby extended to **March 30, 2012**.

2. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of plaintiff shall be served upon counsel for defendants no later than **April 16, 2012**. All expert reports and expert disclosures pursuant to Fed. R. CIV. P. 26(a)(2) on behalf of defendants shall be served upon counsel for plaintiff no later than **May 16, 2012**. Each such report should be accompanied by the <u>curriculum vitae</u> of the proposed expert witness. Depositions of proposed expert witnesses shall be concluded by **June 18, 2012**.

3. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **July 9, 2012**, in accordance with the applicable Federal and Local Rules of Civil Procedure.

4. The Final Pretrial Conference previously set for March 22, 2012 is **canceled**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                    s/ Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge