AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Jeri Rizzo | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-1453 |
| Kristin Miller et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kristin Miller
19 Madison Ave.
Cherry Hill, NJ 08002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Weisberg, Esq.
WEISBERG LAW, P.C.
7 S. Morton Ave.
Morton, PA 19070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  03/08/2012                                                                                    /s/William T. Walsh
                                                                                                  *Signature of Clerk or Deputy Clerk*

Civil Action No. 09-1453

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ^5th Amended complaint and Kristin Miller

was received by me on *(date)* March 9, 2012 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Diana Miller
_____, a person of suitable age and discretion who resides there,
on *(date)* March 9, 2012, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 9, 2012

_____
*Server's signature*

Robert L. Kahlcke
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

*Robert L. Kahlcke*

*Please Reply To*
*P.O. Box 903*
*Bellmawr, New Jersey 08099*

*856-931-9637*
*Fax: 856-686-4978*



March 9, 2012

Robert P. Cocco, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA. 19102

RE: Jeri Rizzo vs. Kristin Miller, et al
Civil Action: 09-1453

Dear Mr. Cocco,

Pursuant to your request the undersigned endeavored to effect Service of a Summons Complaint and Notice of Deposition upon Kristin Miller, 19 Madison Avenue, Cherry Hill, NJ. 08002, on Friday, March 9, 2012 at 8:35 P.M.

Upon arriving the bell push was used, followed by Diana Miller, Mother of the defendant, opening a window to the left of the front exterior door. When asked to speak with Kristin Miller, her Mother replied, "She's not in." Mrs. Miller was told the undersigned was there to serve a Summons Complaint and Notice of Deposition. Mrs. Miller told the undersigned, "Just leave it" followed by, "She doesn't live here."

The envelope containing the documents was left leaning adjacent the locked front storm door within view of Mrs. Miller. The weather at the time was clear, dry and there was no wind speed. The undersigned left, drove around the block and upon returning to 19 Madison Avenue, Cherry Hill, NJ. 08002, the envelope had been removed from the position where it had been placed.

This is the fifth Summons and Complaint Served at 19 Madison Avenue, Cherry Hill, NJ. 08002, for Kristin Miller. Please refer to my letter dated January 30, 2012.

Sincerely,

Robert L. Kahlcke
Enclosures